UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD SCOTT,

        Plaintiff,

CASE NUMBER: 16-14213
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                     /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 2, 2017, Magistrate Judge Grand issued a Report and Recommendation [Doc. 18], recommending that Defendant's Motion to for Summary Judgment [Doc. 16] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc 14] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

      **IT IS ORDERED**.

                                         /s/ Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated: October 27, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 27, 2017.

S/Linda Vertriest
Deputy Clerk